**196 So. 70**

**STATE of Louisiana v. Leon C. WEISS et al.**

**No. 35630.**

April 1, 1940.

Rehearing Denied April 29, 1940.

Hugh M. Wilkinson and John D. Lambert, both of New Orleans, for relator.

Lessley P. Gardiner, Atty. Gen., James O'Connor, Asst. Atty. Gen., and Truett L. Scarborough, Dist. Atty., of Ruston, for the State.

O'NIELL, Chief Justice.

This is one of the cases referred to in the opinion rendered today in the case of State v. Hart et al., 196 So. 62.[1] The facts and issues in this case are stated in the opinion rendered in that case. For the reasons given in the opinion rendered in that case, the relief prayed for by the relator in this

---

[1] 195 La. 184.

case is denied, and the judgment of the district court, overruling the relator's plea to the jurisdiction of the court, is affirmed.

HIGGINS, J., concurs in the decree.